# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139110

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KMART MICHIGAN PROPERTY SERVICES, L.L.C.,
        Petitioner-Appellee,

v

                        SC: 139110
                        COA: 282058
                        MTT: 00-319617

DEPARTMENT OF TREASURY,
        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009                           _____
                                          Clerk

0921